# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In Re:  Brenda Loue Sanders            Chapter 13

     xxx-xx-6279                Case No.  18-23331-K

Debtor.

## NOTICE OF CHANGE OF DEBTOR'S ADDRESS

Comes now the Debtor, by and through counsel, and hereby notifies the Court and the Chapter 13 Trustee of the following change of address;

| Debtor's Previous Address | Debtor's New Address |
|---|---|
| 2481 Crescent Glenn<br>Memphis, TN  38133 | 1822 Edwards Ave<br>Memphis, TN 38107<br>, |

Respectfully submitted,
**JIMMY E. MCELROY AND ASSOCIATES**

  /s/ Joseph D. Fox
Joseph D. Fox, B.P.R.No. 15809
Attorney for Debtor
200 Jefferson Ave., Suite 125
Memphis, TN  38103
(901) 527 - 4110

Service to:

Debtor
Debtor's Attorney
Case Trustee

### Certificate of Service

I, Joseph D. Fox, attorney for Debtor, do hereby certify that I have this date served a true and correct copy on the parties as hereinabove indicated.

So certified, this the 5 day of February, 2021.

                                                /s/ Joseph D. Fox

                                                               Joseph D. Fox, #15809